1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY RUSSELL BOUSAMRA, | | No. CIV S-07-0019-FCD-CMK-P |
| | Petitioner, | |
| vs. | | ORDER |
| D.K. SISTO, et al., | | |
| | Respondents. | |
| _____/ | | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2007, the court issued an order (Doc. 4) directing service of the petition on respondents and setting a briefing schedule. On January 18, 2007, a second service order was issued (Doc. 6) which also directed the appointment of counsel for petitioner. This second order was issued in error and is hereby vacated. Petitioner has not sought appointment of counsel and the court finds that appointment of counsel is not appropriate at this time.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's second January 18, 2007, order (Doc. 6) is vacated as having been issued in error;

2. The Federal Public Defender is <u>not</u> appointed to represent petitioner in this case;

3. The parties are under no obligation to file a joint status report;

4. Respondents are directed to file a response to petitioner's petition within 30 days from the date of service of this order;

5. Petitioner's traverse or reply (if respondents file an answer to the petition), if any, or opposition or statement of non-opposition (if respondents file a motion in response to the petition) shall be filed and served within 30 days of service of respondents' response; and

6. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General; and

7. The Clerk of the Court shall also serve a copy of this order on David M. Porter, Assistant Federal Public Defender.

DATED: January 26, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE