IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY RUSSELL BOUSAMRA,   No. CIV S-07-0019-FCD-CMK-P

    Petitioner,

  vs.   ORDER

D.K. SISTO, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in August 2005. Final judgment was entered on March 19, 2010, and petitioner filed a timely notice of appeal. With his notice of appeal, petitioner filed a request for leave to proceed in forma pauperis on appeal (Doc. 25). Because petitioner's appeal has been processed to the appellate court, petitioner's motion is denied without prejudice to renewal in the Ninth Circuit Court of Appeals. See Fed. R. App. P. 24(a)(5). This case remains closed.

    IT IS SO ORDERED.

DATED: April 21, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1